# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD BRIGGS, <br><br> Plaintiff, <br><br> v. <br><br> PATROLMAN BECKER, et al., <br><br> Defendants. | Civil Action No. <br> 18-16773 (RBK) (AMD) <br><br> **OPINION AND ORDER** |

Before the Court is Plaintiff's second request to reopen this case. (ECF No. 11). On May 8, 2019, the Court dismissed the Complaint without prejudice for failure to state a claim. (ECF Nos. 7, 8). In the interests of justice, the Court provided Plaintiff with an opportunity to move to reopen this case. (ECF No. 8). Thereafter, Plaintiff filed his first request to reopen, without filing a motion, brief in support thereof, or proposed amended complaint, in violation of the Court's earlier Order, Federal Rule of Civil Procedure 15, and Local Civil Rules 7.1(d)(1) and 7.1(f). (ECF Nos. 9, 10).

Plaintiff's second request to reopen fails for the same reasons. Instead of providing the necessary documents, Plaintiff may be seeking reconsideration of the decision to deny his request to appoint counsel. (ECF No. 11, at 1). Although Plaintiff attempts to address the other factors under *Tabron v. Grace*, 6 F.3d 147, 155–57 (3d Cir. 1993), he once again fails to address whether his claims have any merit, *i.e.*, address the statute of limitations issue.

As discussed in the Court's earlier Opinions, Plaintiff's initial Complaint failed to state a claim as time-barred, and there are no active complaints in this matter. (ECF Nos. 7, 10). As such, the Court declines to reconsider its decision on Plaintiff's motion to appoint *pro bono* counsel and will deny Plaintiff's second request to reopen.

THEREFORE, it is on this 30th day of December 2019;

**ORDERED** that the Clerk of the Court shall REOPEN this matter solely so that the Court may consider Plaintiff's second request to reopen (ECF No. 11); and it is further

**ORDERED** that Plaintiff's second request to reopen (ECF No. 11) is DENIED WITHOUT PREJUDICE; and it is further

**ORDERED** that the Clerk of the Court shall once again CLOSE this case and serve Plaintiff with a copy of this Opinion and Order via regular U.S. mail.

    s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge